```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
SARAH CAVANAUGH,                                                     :
                                                                     :
                              Petitioner,                            :
                                                                     :      25-cv-8169 (LJL)
              -v-                                                    :
                                                                     :      ORDER
WYATT DETENTION CENTER, et al.,                                      :
                                                                     :
                              Respondents.                           :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Respondents are directed to respond by Monday, October 27, 2025, to Petitioner's petition, including the arguments that:

1. Any attempt to exhaust the administrative remedies available would be futile in light of the respondents' position that no process is due to individuals in a residential reentry center prior to their re-incarceration.

2. Petitioner possesses a constitutionally protected liberty interest in maintaining her place in community confinement such that she is entitled to due process rights prior to re-incarceration.

SO ORDERED.

Dated: October 14, 2025
       New York, New York                   _____
                                            LEWIS J. LIMAN
                                            United States District Judge